UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NICOLETTE COHEN.,

                             Plaintiff,                  21 Civ. 7686 (PAE)

                -v-

THE EXECUSEARCH GROUP LLC,                            ORDER

                             Defendant.

PAUL A. ENGELMAYER, District Judge:

      Plaintiff brings this action against The ExecuSearch Group LLC, invoking subject matter jurisdiction by reason of diversity of citizenship, 28 U.S.C. § 1332.  If The ExecuSearch Group LLC is, indeed, a limited liability company, as its name would imply, then the complaint must allege the citizenship of natural persons who are members of the limited liability company and the place of incorporation and principal place of business of any corporate entities who are members of the limited liability company.  By October 1, 2021, plaintiff shall amend the pleading to allege the citizenship of each constituent person or entity.  *See Handelsman v. Bedford Village Associates Ltd. Partnership*, 213 F.3d 48, 51–52 (2d Cir. 2000), citing *Cosgrove v. Bartolotta,* 150 F.3d 729, 731 (7th Cir. 1998); *Strother v. Harte*, 171 F. Supp. 2d 203, 205 (S.D.N.Y. 2001) ("For purposes of diversity jurisdiction, a limited liability company has the citizenship of each of its members.").  If plaintiff is unable to amend by the foregoing date to truthfully allege complete diversity based upon the citizenship of each constituent person or entity of the LLC, then the complaint will be dismissed for lack of subject matter jurisdiction.

2

SO ORDERED.

------------------------------
Paul A. Engelmayer
United States District Judge

Dated: September 16, 2021
       New York, New York