

*William Cafaro, Esq.*
*Partner*
ADMITTED IN NY, CA, MD & TX
Email: bcafaro@cafaroesq.com

*Amit Kumar, Esq.*
*Managing Attorney*
ADMITTED IN NY & NJ
Email: akumar@cafaroesq.com

*Andrew S. Buzin, Esq.*
*Of Counsel*
ADMITTED IN NY, FL & DC

**LAW OFFICES OF WILLIAM CAFARO**

108 West 39th Street, Suite 602
New York, New York 10018
Telephone: 212.583.7400
Facsimile: 212.583.7401
www.cafaroesq.com

*Louis M. Leon, Esq.*
*Associate*
ADMITTED IN NY
Email: lleon@cafaroesq.com

*Matthew S. Blum, Esq.*
*Of Counsel*
ADMITTED IN NY
Email: mblum@cafaroesq.com

August 2, 2022

**Via ECF**
Hon. Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      Re: Cohen v. The Execusearch Group, LLC
        Case No.: 21-cv-07686 (PAE)

Your Honor,

  This office represents the Plaintiff in the above referenced action. We write, jointly with the Defendant, to request a stay of the proceedings until the Parties can complete a mediation in this matter. The Parties have jointly agreed to renowned mediator Martin F. Scheinman of Scheinman Arbitration and Mediation Services to mediate the action. Due primarily to Mr. Scheinman's schedule, the mediation is scheduled for **October 10, 2022**. The Parties believe that with Mr. Scheinman's help we will be able to resolve the action.

  Given the above, the parties believe a stay in the proceedings is warranted so that the Parties can devote their resources and efforts towards settlement.

  We thank the Court for its courtesy in this regard.

              Respectfully Submitted,
              LAW OFFICE OF WILLIAM CAFARO

              _____
              By: Amit Kumar, Esq.
                 *Attorneys for Plaintiffs*

CC:

All counsel of record (via ECF)

Granted.
SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge
8/4/2022